IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CHARLES PRINCE WESTCOTT, et al. : | |
| : | |
| **Plaintiffs** : | |
| : | |
| vs. : | CIVIL NO. 1:96-CV-0069-WLS |
| : | |
| Commissioner WAYNE GARNER, et al. : | |
| : | |
| **Defendants** : | |

## ORDER ON MOTION FOR RELIEF FROM JUDGEMENT

Albert Thomas, a state prisoner currently confined at Riverbend Correctional Facility in Milledgeville, Georgia, has filed a motion in the above captioned case for relief from judgment and/or contempt (Doc. 107). Mr. Thomas claims to be "trying to get back on Court" regarding claims against the Georgia State Board of Pardons for alleged denials of annual parole reconsideration. Thomas also alleges that prison officials have been deliberately indifferent to his serious medical needs and have violated his right to access the courts.

According to the Record, however, Mr. Thomas was never a party to this case. He, thus has no standing to seek relief from judgment. Even if Mr. Thomas was a party in this case, a motion filed under Rule 60 must be filed within "a reasonable time" and in some cases within one-year of the entry of judgment. Fed. R. Civ. P. 6(c). Judgment was entered in this case on

September 27, 2000; and thus the present motion, filed fourteen years later, is untimely.

The present motion is accordingly **DENIED**.

**SO ORDERED**, this  12th day of August, 2014.

/s/ W. Louis Sands_____
W. LOUIS SANDS
UNITED STATES DISTRICT COURT